# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0361

VERSUS

FREDDIE MCGOWAN

**AUGUST 23, 2024**

---

In Re:    On motion of Freddie McGowan, to withdraw writ, 22nd Judicial District Court, Parish of Washington, No. 22-CR7-150242.

---

**BEFORE:    GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**MOTION TO WITHDRAW WRIT APPLICATION GRANTED.**

JMG
PMc
JEW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT